

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX: (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX: (302) 577-6499

December 8, 2020

**Via CM/ECF**
The Honorable Colm F. Connolly
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31
Room 4124
Wilmington, DE 19801

  RE: James Mayhall v. Anthony Burris
     C.A. No. 19-75-CFC

Dear Judge Connolly:

  Please allow this letter to serve as the parties Joint Status Report in response to the Court's September 8, 2020 order. The parties request that the stay remain in place for an additional 60 days. While the parties have made progress on locating a potential witness, they have not been able to make contact with him given the current pandemic and associated complications.

  The parties are available at the Court's convenience to address any questions or concerns this letter may raise.

            Respectfully submitted,

            */s/ Kenneth L. Wan*

            Kenneth L. Wan

cc: Joe Stanley, Esq. (via CM/ECF)