# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES MAYHALL ) | |
| ) | |
| Plaintiff, ) | |
| ) | No: 19-0075-LFR |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| ANTHONY BURRIS ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

This __9th__ day of __November__, 2021, the Court having conducted a scheduling conference, and the parties having determined after discussion that the matter cannot be resolved at this juncture by settlement, voluntary mediation, or binding arbitration;

IT IS ORDERED that:

1. <u>Application to Court for Protective Order</u>. Should counsel find it will be necessary to apply to the Court for a protective order specifying terms and conditions for the disclosure of confidential information, counsel should confer and attempt to reach an agreement on a proposed form of order and submit it to the Court within **ten days** from the date of this Order. Should counsel be unable to reach an agreement on a proposed form of order, counsel must follow the provisions of Paragraph 3(g) above.

Any proposed protective order must include the following paragraph:

<u>Other Proceedings</u>. By entering this order and limiting the disclosure of information in this case, the Court does not intend

        to preclude another court from finding that information may be relevant and subject to disclosure in another case. Any person or party subject to this order who becomes subject to a motion to disclose another party's information designated as confidential pursuant to this order shall promptly notify that party of the motion so that the party may have an opportunity to appear and be heard on whether that information should be disclosed.

2.      <u>Papers Filed Under Seal</u>. When filing papers under seal, counsel shall deliver to the Clerk an original and one copy of the papers. A redacted version of any sealed document shall be filed electronically within seven days of the filing of the sealed document.

3.      <u>Courtesy Copies</u>. The parties shall provide to the Court two courtesy copies of all briefs and one courtesy copy of any other document filed in support of any briefs (i.e., appendices, exhibits, declarations, affidavits etc.). This provision also applies to papers filed under seal.

4.      <u>Case Dispositive Motions</u>. All case dispositive motions and/or challenges to expert witnesses, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before **November 19, 2021**. Briefing will be presented to the Court in accordance with the following briefing schedule:

Opening Brief(s) shall be due on or before **November 19, 2021**;

Answering Brief(s) shall be due on or before **December 17, 2021**; and

Reply Brief(s) shall be due on or before **January 5, 2022**.

5.      <u>Summary Judgment.</u> All parties **SHALL** comply with the following protocol as to Summary Judgment motions:

    a.    The parties shall meet, confer, and create a list of **Stipulated Facts,** in numbered paragraphs, which the movant shall submit with the motion. The parties shall act in good faith to stipulate to as many facts as possible. Motions for summary judgment shall

not include a separate "Statement of Facts" with numbered paragraphs other than the Stipulated Facts.

        b.    For purposes of summary judgment, counsel shall submit a **Joint Appendix,** including any and all exhibits that may be referenced in their respective motions and briefs, no later than **November 19, 2021**. All pages of said appendix shall be consecutively "bates-stamped" and referenced in the motions and briefs by the bates number assigned to each page. The Joint Appendix shall include a **table of contents.** The parties shall make every effort to include all necessary exhibits in the initial Joint Appendix. Should it become necessary for the non-moving party to submit additional exhibits, however, it may do so at the time it files its opposition brief. Any addendum to the joint appendix shall be consecutively bates-stamped, beginning at the page number where the Joint Appendix left off, and shall include a table of contents. Judge Restrepo will not consider material not included in said appendix. **Failure of the movant to follow this procedure in all respects will result in the denial of the motion. Respondent's failure to comply will result in the Court's considering the motion as uncontested.**

    6.    Any pretrial motions (except motions *in limine*) including but not limited to summary judgment motions, related briefs, and any other document filed in support of any briefs (e.g., the Joint Appendix) are to be docketed separately with the Clerk of Court for the District of Delaware and a hard-copy is to be emailed or delivered to Judge Restrepo's Chambers – 601 Market Street, Suite 18613, Philadelphia, PA 19106.

    7.    <u>Applications by Motion</u>. Except as otherwise specified herein, any application to the Court shall be by written motion. Any non-dispositive motion should contain the statement

required by Local Rule 7.1.1.

8. <u>Pretrial Conference</u>. On **March 9, 2022**, the Court will hold a Rule 16(e) final pretrial conference in Court with counsel beginning at 2:00 p.m. at the Judge Restrepo's Chambers – United States Courthouse, 601 Market Street, Suite 18613, Philadelphia, PA 19106. The parties shall file a joint proposed final pretrial order in compliance with Local Rule 16.3(c) no later than 5 p.m. on the third business day before the date of the final pretrial conference. Unless otherwise ordered by the Court, the parties shall comply with the timeframes set forth in Local Rule 16.3(d) for the preparation of the proposed joint final pretrial order.

9. <u>Jury Instructions, Voir Dire, and Special Verdict Forms</u>. Where a case is to be tried to a jury, pursuant to Local Rules 47.1(a)(2) and 51.1, the parties should file (i) proposed voir dire, (ii) preliminary jury instructions, (iii) final jury instructions, and (iv) special verdict forms no later than 5 p.m. on the third business day before the date of the final pretrial conference.

10. <u>Trial</u>. This matter is scheduled for a 3-day jury trial beginning at 9:30 a.m. on **April 13, 2022**, with the subsequent trial days beginning at 9:30 a.m. Until the case is submitted to the jury for deliberations, the jury will be excused each day at 4:30 p.m.

11. Should counsel at any point deem it appropriate to refer this case for a settlement conference, counsel should contact Judge Restrepo's chambers for an appropriate referral.

                                                       <u>s/ L. Felipe Restrepo</u>
                                                   UNITED STATES CIRCUIT JUDGE